UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Blueline Software Services, Inc.

        Plaintiff(s)

v.

Systems America, Inc. et al.

        Defendant(s)

CASE No C 17-cv-01960-EMC

STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

▣ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)

☐ **Mediation** (ADR L.R. 6)

☐ **Private ADR** (*specify process and provider*)

*Note*: Magistrate judges do not conduct mediations under ADR L.R. 6. To request an early settlement conference with a Magistrate Judge, you *must* file a Notice of Need for ADR Phone Conference. Do not use this form. See Civil Local Rule 16-8 and ADR L.R. 3-5.

The parties agree to hold the ADR session by:

☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR, unless otherwise ordered.)*

▣ other requested deadline: September 1, 2017

Date: June 26, 2017

/s/ Amber M. Spataro
Attorney for Plaintiff

Date: June 26, 2017

/s/ Bill Marder
Attorney for Defendant

▣ IT IS SO ORDERED
☐ IT IS SO ORDERED WITH MODIFICATIONS

Date: June 30, 2017



U.S. MAGISTRATE JUDGE

*Important!* E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Private ADR."

*Form ADR-Stip rev. 1-2017*