WILLIAM L. MARDER, ESQ. (CBN 170131)
Polaris Law Group LLP.
501 San Benito Street, Suite 200
Hollister, CA 95023
Tel: (831) 531-4214
Fax: (831) 634-0333
Email: bill@polarislawgroup.com

Attorneys for Defendant Anil Kumar Mukunda

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUELINE SOFTWARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYSTEMS AMERICA, INC. a Delaware Corporation, and ANIL KUMAR MUKUNDA, an individual and DOES 1 through 10, inclusive, <br><br> Defendants. | Case No.: 3-17-cv-01960-EMC <br><br> **STIPULATION AND [P~~ROPOSED~~] ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION UNTIL NOVEMBER 30, 2017** |

WHEREAS, the current deadline for completion of Early Neutral Evaluation ("ENE") is August 31, 2017.

WHEREAS, defendant Systems America, Inc. has filed a motion to dismiss pursuant to Fed.R.Civ.P. 12(b)(6) with a hearing date of October 12, 2017.

WHEREAS, the parties desire to have all parties participate in the ENE.

WHEREAS, the parties desire to extend the deadline to complete ENE until November

1

STIPULATION AND [PROPOSED] ORDER EXTENDING DEADLINE TO COMPLETE EARLY NEUTRAL EVALUATION UNTIL NOVEMBER 30, 2017

30, 2017.

Dated: August 17, 2017         LITTLER MENDELSON, P.C.


By: _____/s/_____
    Amber M. Spataro, Esq.
    Attorneys for Plaintiff Blueline Software
    Services, Inc.

Dated: August 17, 2017         POLARIS LAW GROUP, LLP.


By: _____/s/_____
    William L. Marder, Esq.
    Attorneys for Defendant Anil Kumar
    Mukunda

Dated: August 17, 2017         LITIGATION ADVOCATES GROUP


By: _____/s/_____
    Scott Hammel, Esq.
    Attorneys for Defendant Systems America,
    Inc.

## ORDER

The deadline for the parties to complete ENE is hereby continued to November 30, 2017.

Dated: 8/22/2017

_____
United States ~~~~~~~~~~
IT IS SO ORDERED
Judge Edward M. Chen

STIPULATION AND [PROPOSED] ORDER EXTENDING ~~~~~~~~~~~ EARLY NEUTRAL
EVALUATION UNTIL NOVEMBER 30, 2017