# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUELINE SOFTWARE SERVICES, INC., | Case No. 17-cv-01960-EMC |
| Plaintiff, | |
| v. | **ORDER RE: SUPPLEMENTAL BRIEFING** |
| SYSTEMS AMERICA, INC., et al., | Docket No. 31 |
| Defendants. | |

The parties are ordered to file supplemental briefs not to exceed 4 pages in length by 1pm PDT on Friday, October 6, 2017 addressing (a) whether a common law unfair competition claim may encompass a claim for intentional interference with prospective economic advantage and (b) the relevance of *Woods v. Fox Broadcasting Sub., Inc.*, 129 Cal.App.4th 344 (2005) and *Applied Equipment Corp. v. Litton Saudi Arabia Ltd.*, 7 Cal.4th 503 (1994).

**IT IS SO ORDERED**.

Dated:

EDWARD M. CHEN
United States District Judge