1  AMBER M. SPATARO, Bar No. 210942
   aspataro@littler.com
2  LITTLER MENDELSON, P.C.
   One Newark Center, 8th Floor
3  Newark, New Jersey 07102
   Telephone: 973.848.4700
4  Facsimile: 973.643.5626

5  MICHAEL W. M. MANOUKIAN, Bar No. 308121
   mmanoukian@littler.com
6  LITTLER MENDELSON, P.C.
   50 West San Fernando Street, 7th Floor
7  San Jose, CA 95113
   Telephone: 408.795.3415
8  Fax No.: 408.516.8315

9  Attorneys for Plaintiff
   BLUELINE SOFTWARE SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BLUELINE SOFTWARE SERVICES, INC., <br><br> Plaintiff, <br><br> v. <br><br> SYSTEMS AMERICA, INC., a Delaware Corporation, and ANIL KUMAR MUKUNDA, an individual, <br><br> Defendant. | Case No. 3:17-cv-01960-EMC <br><br> **JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [~~PROPOS~~ED] ORDER** <br><br> **Judge: Hon. Edward M. Chen** |

LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
973.848.4700

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

CASE NO. 3:17-CV-01960-EMC

IT IS HEREBY STIPULATED by and between Plaintiff BLUELINE SOFTWARE SERVICES, INC., and Defendants SYSTEMS AMERICA, INC., and ANIL KUMAR MUKUNDA, by and through their respective attorneys of record, that pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii) the above referenced action be **DISMISSED WITH PREJUDICE** in its entirety. The parties further stipulate that each party shall bear his or its own costs, including attorneys' fees.

IT IS FURTHER STIPULATED that: the Court shall retain jurisdiction of this matter to enforce the parties' settlement agreement, the terms of which are expressly incorporated by reference into this stipulation and order.

IT IS SO STIPULATED.

Respectfully submitted,

Dated: November 10, 2017

/s/ *Scott Hammel*
SCOTT HAMMEL
LITIGATION ADVOCATES GROUP
Attorney for Defendant
SYSTEMS AMERICA, INC.

Dated: November 10, 2017

/s/ *William L. Marder*
BILL MARDER
POLARIS LAW GROUP
Attorney for Defendant
ANIL MUKUNDA

Dated: November 10, 2017

/s/ *Amber M. Spataro*
AMBER M. SPATARO
LITTLER MENDELSON, P.C.
Attorney for Plaintiff
BLUELINE SOFTWARE SERVICES, INC.

**IT IS SO ORDERED:**

Dated: ~~November ___, 2017~~ March 7, 2018

_____
[Judge Edward M. Chen]
United States District Court Judge

IT IS SO ORDERED
Judge Edward M. Chen

Firmwide:151073839.1 082076.1004

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

CASE NO. 3:17-CV-01960-EMC

LITTLER MENDELSON, P.C.
One Newark Center
8th Floor
Newark, NJ 07102
973.848.4700